**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00893-CV

### REFUGIO GOMEZ, ET AL., Appellants

### V.

### SOL LY, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06613-D**

## ORDER

Before the Court is appellee's January 12, 2015, motion to dismiss. Appellee moves to dismiss this appeal because appellants failed to timely file their brief. Subsequently, appellants sought an extension and tendered their brief on the merits for this case. This Court granted the extension and ordered the brief filed. Accordingly, we **DENY** appellee's motion.

/s/     CRAIG STODDART
          JUSTICE